IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEX ROJAS CASTILLO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 08-00802 |
| | : | |
| ERWIN CARRASQUILLA, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 21st day of October, 2010, the parties having notified the Court by letter dated October 19, 2010, that the matter at issue has settled, it is hereby ORDERED as follows:

1. The above-captioned action is DISMISSED with prejudice pursuant to Local Rule of Civil Procedure 41.1(b), without costs, and pursuant to the agreement of the parties.

2. The outstanding motions in limine (ECF Nos. 34, 35, 45) are DISMISSED as moot.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.